Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of celluloid reindeer similar in all material respects to those the subject of Abstract 56902, the claim of the plaintiff was sustained.

**No. 57321.**—Pitt & Scott Corp. *v.* United States, protest 198401–K (New York),

Opinion by OLIVER, C. J. The record disclosed that the merchandise was imported on November 30, 1950, and entered for consumption on December 1, 1950. A reduction in duty from 60 to 50 percent was made as to articles covered by paragraph 228 (a) by the Torquay Protocol to the General Agreement on Tariffs and Trade (T. D. 52739), supplemented by T. D. 52820, effective as to articles entered or withdrawn from warehouse for consumption on or after October 1, 1951. Inasmuch as the official papers indicated that the merchandise in question was imported prior to the effective date of the trade agreement under which the plaintiff apparently claims, the protest was overruled.

**No. 57322.**—Mei Hwa Fur Trading Corp. *v.* United States, protests 483817–G, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*

**No. 57323.**—Brenner Bros. et al. *v.* United States, protests 507903–G, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*

**No. 57324.**—A. S. Gold & Bro., Inc., et al. *v.* United States, protests 928441–G, etc. (New York).